UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

839 CLIFFSIDE AVE, LLC,

                        Plaintiff,

           -against-

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF3,

                        Defendant.

Case No. 2:15-CV-04516-SIL

**STIPULATION OF DISCONTINUANCE WITH <u>PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff, 839 Cliffside Ave, LLC ("Plaintiff"), and Defendant, Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3 ("Defendant"), that all claims asserted in this matter by Plaintiff, or which could have been asserted in this matter, are discontinued with prejudice, and the action is hereby discontinued with prejudice pursuant to Federal Rule of Civil Procedure 41(a), without fees or costs to either party.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be signed in counterparts and electronic and facsimile signatures and/or a copy of the Stipulation shall be considered as effective as an original.

Dated: ~~February~~ March 25, 2019
New York, New York

McGLINCHEY STAFFORD

By: _____
~~Brian S. McGrath~~ Ashley R. Newman, Esq.
*Attorneys for Defendant*
112 West 34th Street, Suite 1515
New York, New York 10120
Phone: (646) 362-4000

Dated: February __, 2019
Brooklyn, New York

BERG & DAVID, PLLC

By: _____
Abraham David, Esq.
*Attorneys for Plaintiff*
266 Broadway, Suite 503
Brooklyn, New York 11211
Phone: (718) 989-1392